March 4, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

JAMES MUSGROVE, Appellant

NO. 14-13-00039-CR                         V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the portion of the judgment finding guilt requiring reversal, but there was error in the judgment finding guilt as entered, which is capable of modification by this Court. Therefore, the judgment finding guilt is **MODIFIED** to reflect that appellant James Musgrove was convicted of two third-degree felony counts of assault on a public servant. We further find there was error in the punishment phase of the trial.

The cause is **REVERSED** and **REMANDED** for a new trial as to punishment on appellant's conviction for attempted escape. The trial court shall commence the new trial as if a finding of guilt had been returned as to the conviction for attempted escape and proceed to the punishment stage of the trial. We **AFFIRM** the remainder of the judgment.

We further order this decision certified below for observance.